| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| **THOMAS J. ROMANS, ESQ.**<br>**LAW OFFICES OF THOMAS J. ROMANS**<br>**681 Lawlins Road, Unit 10-1**<br>**Wyckoff, NJ 07481-0406**<br>**(201) 489-0027**<br>romanslaw@optonline.net<br>**Thomas J. Romans, Esq. (TR9284)**<br>**Attorney for Creditor**<br>**Katerene Halkias** | Case No.: 15-23007 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re:<br><br>      THE GREAT ATLANTIC & PACIFIC<br>      TEA COMPANY, INC., et al.,<br><br>                                Debtors. | |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  Katerene Halkias

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff<br>☐ Defendant<br>☐ Other (describe) _____ | ☐ Debtor<br>☒ Creditor<br>☐ Trustee<br>☐ Other (describe) _____ |

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Denying Motion of Katherine Halkias For Relief from the Automatic Stay (Doc. 4424).

2. State the date on which the judgment, order, or decree was entered: 08/22/2019_____

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Katerene Halkias   Attorney: Thomas J. Romans, Esq.
   Law Offices of Thomas J. Romans
   681 Lawlins Road, Unit 10-1
   Wyckoff, New Jersey 07481
   Tel. (201) 489-0027/Fax (201) 489-3540
   Email: romanslaw@optonline.net

2. Party: The Great Atlantic & Pacific Tea Company, Inc., et al.   Attorney: Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Alexander Condon, Esq.
   Sunny Singh, Esq.
   Tel. (212) 310-8547/Fax (212) 310-8007
   Email: alexander.condon@weil.com
   ssingh@weil.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Thomas J. Romans                                   Date: 08/27/2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Thomas J. Romans, Esq.
Law Offices of Thomas J. Romans
681 Lawlins Road, Unit 10-1
Wyckoff, New Jersey 07481
Tel. (201) 489-0027

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required. [**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]