**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY INC, et al.,

       Debtors.
-----------------------------------------------------------X
KATERENE HALKIAS,

       Appellant,        19 **CIVIL** 8441 (CS)

    -against-            **JUDGMENT**

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY INC., and NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

       Appellees.
-----------------------------------------------------------X

  It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2020, National Union's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
    July 14, 2020

                    **RUBY J. KRAJICK**
                    **Clerk of Court**
             **BY:** *K. Mango*
                    **Deputy Clerk**